1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case Nos. 2:07-cr-00324-JAM
12 |                         Plaintiff, |           2:16-cr-00182-JAM (related)
13 |                      v.            | STIPULATION AND ORDER TO ADVANCE
                                         | EVIDENTIARY HEARING
14 | PHILLIP DAVIS, JR.,                | Date: July 25, 2017
                                         | Time: 9:15 a.m.
15 |                         Defendant. | Judge: Hon. John A. Mendez

16

17     This case is before the Court on two separate petitions to revoke Defendant Phillip Davis, Jr.'s

18 supervised release. (ECF Nos. 17, 24.) Davis has *admitted* the charges in the first petition, and all that

19 remains with respect to that petition is setting the matter for a dispositional hearing. (*See* ECF No. 22.)

20 Davis has *denied* the charges in the second petition, and this separate matter is now set for an evidentiary

21 hearing on July 25, 2017, at 9:15 a.m. (ECF No. 26.)

22     The United States, through its undersigned counsel, and Mr. Davis, through his counsel, agree and

23 stipulate that the evidentiary hearing be advanced by two weeks to July 11, 2017, at 9:15 a.m. The parties

24 have confirmed that this date and time are available with the Court.

25     In recent days, counsel for the United States has learned that one of the witnesses needed at the

26 evidentiary hearing will be unavailable on July 25. To balance the government's need for this material

27 witness with Davis's right to confront and cross-examine him, *see United States v. Comito*, 117 F.3d

28 1166, 1170 (9th Cir. 1999), the parties agree that this matter should be advanced by two weeks.

Accordingly, the parties request that the evidentiary hearing currently set for July 25, 2017, be rescheduled for July 11, 2017, at 9:15 a.m.

Respectfully submitted,

Dated: June 29, 2017                     **/s/ Timothy H. Delgado**
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated: June 29, 2017                     **/s/ THD for M. Jason Lawley**
M. JASON LAWLEY
Attorney for Defendant Phillip Davis, Jr.

## **ORDER**

**IT IS SO ORDERED.**

Dated: 6/29/2017                         /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge